MANUEL RICH, Appellant, v. JAMES H. McCANN, as President of Rock Drilling, Blasting, Roads, Sewers, Viaducts, Bridges, Foundations, Excavations and Concrete Work on All Construction, Hod Carriers Building and·Common Laborers Union Local No. 17, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 877.] Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.

VINCENT B. SCOTTO, Respondent, v. SOCONY-VACUUM OIL COMPANY, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.

MILTON SOLOMON, Respondent, v. FIORELLO H. LA GUARDIA et al., Appellants, et al., Defendants.— Motion for reargument denied, without costs. ˙Motion for leave to appeal to the Court of Appeals denied. Appellants' time to answer is extended until ten days from the entry of the order hereon. [See *ante*, p. 435.] Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.

ANTOINETTE STEINER, Appellant, v. WILLIAMSBURGH SAVINGS BANK, Respondent, and ELIZABETH C. HINEY, as Administratrix of the Estate of JAMES E. HINEY, Deceased, Impleaded Defendant, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs to respondent Elizabeth C. Hiney, as administratrix, et cetera. Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.

MICHEL TCHLENOFF, Appellant, v. HUNTERVAN REALTY CORPORATION et al., Defendants, and THEODORE H. SILBERT, as Trustee in Bankruptcy of UNIVERSAL MACHINE TOOL MANUFACTURING COMPANY, INC., Defendant-Respondent. BORRIS M. KOMAR, Appellant.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 884.] Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.

HENRY TEMPRO, Appellant, v. BISHOP, McCORMICK & BISHOP, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.

ERNEST F. W. WILDERMUTH, Appellant, v. JOHN M. KEATING, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 878.] Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.

MICHAEL CIRILLO, an Infant, by FRANK CIRILLO, His Guardian ad Litem, et al., Appellants, v. HENRY J. GOUBEAUD, JR., Respondent, et al., Defendants.— Action to recover damages for personal injuries suffered when a boy playing on the street was in contact with respondent's automobile, and for loss of services. Order setting aside the verdict in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.